# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  Case No. 08–31496
 Chapter 13
Leo Anthony Urnis and Tobi Samantha Urnis

    Debtors

## ORDER OF DISMISSAL

A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017–1 or LBR 1006–1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

**ORDERED** that this case is **DISMISSED**.

Done this 20th day of May, 2011.

                /s/ Dwight H. Williams Jr.
                United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.